NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted July 31, 2012
Decided October 3, 2012

**Before**

DIANE P. WOOD, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| No. 11-2972 | On Remand from the Supreme Court of the United States |
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Appeal from the United States District Court for the Eastern District of Wisconsin |
| *v.* | |
| DRACY L. JORDAN, *Defendant-Appellant.* | No. 2:10-cr-00099-CNC-1 |
| | Charles N. Clevert, Jr., *Chief Judge* |

**O R D E R**

On July 31, 2012, the Supreme Court of the United States granted Dracy L. Jordan's petition for a writ of certiorari, vacated this court's judgment in the case, and remanded for further consideration in light of *Dorsey v. United States,* 567 U.S. –, 132 S. Ct. 2321 (2012). In accordance with Circuit Rule 54, both parties have filed statements of position setting forth the action that they believe should be taken. Each has recommended that Jordan is entitled to resentencing, in light of *Dorsey*, and we agree with that assessment. We thus VACATE Jordan's sentence and REMAND this case to the district court for the Eastern District of Wisconsin for re-sentencing under the Fair Sentencing Act of 2010, as required by *Dorsey.*

SO ORDERED.